Dear Sir\Madam,

Patrick McAneny, Jr. was a wonderful growing up as his father he loved working with me on small engine projects (Cars & Motorcycles). He loved to play hockey as a youngest. Patrick Jr. joined the cub scouts and became a boy scout. Patrick worked on becoming an eagle scout.

His mother would have love to be able to express her feeling but my wife his mother passed away last April and it has been very hard dealing with that. We were married for 32 years.

We raised both our boys with Christen values, as we are active members of the Episcopal Church. Patrick became an acolyte of Saint James in the hills church at a very young age.

All I can say about my son is that he is a very loving and caring person who made a mistake.

Patrick was never in trouble growing up as a kid and we were a very close family.

With my wife in heaven now, my sons are all I have in this life.


Thank you for taking the time to read this.


Very Truly,

Patrick McAneny Sr.