Dear Sir,

Patrick McAneny, Jr. grew up surrounded by family members who loved him not only because he was a member of their family, but because he was a sweetheart. Pat, as he was called, was a fun-loving youngster, one who was pleasant at all times. Truthfully, I cannot recall periods of stubbornness or an uncalled for rush of tears over an unpleasant incident. He was a good listener and always reasonable in nature.

As Pat's grandmother, who was present for his birth, I have loved and enjoyed him right from the start. He entered the world as a very large baby ready for life and all he might gain from it. Without a doubt, Pat was an active child and ready at a young age to engage in sports. He delved into ice hockey and played exceptionally well, almost as if he was made for the game. No matter what he did, he put his heart into the activity and therefore was a fine young athlete.

Pat was raised in the Episcopal Church and as a youngster became an acolyte. Serving on the altar seemed to arouse him by his love for where he was and what he was doing.

Throughout his early school years Pat was a great participant in class where he engaged in Activities and completed assigned work on time.

I have been trying to think of a time when I might say Pat was not at his best. The only incident I can come up with happened in the wee hours one Saturday morning when he jumped happily up and down on my four poster bed cracking one of its side arms. Pat was great helping me drag the heavy mattress out into the living room where we quickly laid down and went back to sleep.

I do not remember growing angry perhaps because I knew I could get it fixed or maybe it was

Jut the loving grandmother in me.

Pat always seemed to get along with other children and had several best friends. My memory has

Saved many wonderful parties and fun times camping. Wherever Pat was home, school, church,

Sports events, camping, he was fun and loving..

Here I am, Pat's , grandmother who is quickly approaching 86 years of age and distraught over

Pat's horrible situation, one of which I have no knowledge of it or any understanding. Coming to

grips with the possibility of not seeing him ever again is devastating

One other thing I want to share is that Pat has held onto very difficult and dangerous work. Many times

I have prayed for God to take him out of these exhausting and dangerous jobs. I had no idea my prayer

would be answered in this way. One needs to feel certain that payers must be very specific in order

to recognize and achieve one's hopeful outcomes.

Pat will always be my beloved and special grandson!
  Very Truly,

Sandra Hoyle, Pat's Maternal Grandmother